

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00306-CV

_____

IN RE WILLIAM LEN RAINEY, Relator

Original Proceeding
Trial Court No. 096-300703-18

Before Sudderth, C.J.; Birdwell and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[1]   Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  August 21, 2019

---

[1]Relator has also filed a "Motion for Appointment of Attorney in the matter of Writ of Mandamus & Access to Courts."  We deny that motion.